IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEANO MITCHELL,** | Case No. 2:14-cv-01438-TLN-GGH (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN SOTO,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before January 7, 2015.

Dated: December 12, 2014

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Mitc1438.eot

[Proposed] Order (2:14-cv-01438-TLN-GGH)