UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEANO MITCHELL,<br><br>       Petitioner,<br><br>  v.<br><br>JOHN SOTO,<br><br>       Respondent. | No. 2:14-cv-1438 TLN GGH P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has now filed an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that: Petitioner's motion to proceed in forma pauperis (ECF No. 22) is granted.

Dated: December 17, 2014

                    /s/ Gregory G. Hollows

            UNITED STATES MAGISTRATE JUDGE

GGH:076/Mitc1438.ifp